# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| Erica Cooper, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 2:18-cv-1254-JHE |
| Atlantic Credit & Finance, Inc., a Virginia corporation, and Midland Funding, LLC, a Delaware limited liability company, ) ) ) ) ) | Class Action |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above-named case, Erica Cooper, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment in this action, entered on May 10, 2019, granting Defendants' motion to dismiss. Copies of the Court's Memorandum Opinion (Doc. 21), and Dismissal Order (Doc. 22), dismissing the case are attached hereto as Group Exhibit A.

Erica Cooper, individually and on
behalf of all others similarly situated,

By: /s/ David J. Philipps
One of Plaintiff's Attorneys

Dated:  June 5, 2019

David J. Philipps      (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

Bradford W. Botes      (AL Bar No. ASB-1379043B)
Bond, Botes, Reese & Shinn, P.C.
15 Southlake Lane
Suite 140
Birmingham, Alabama 35244
(205) 802-2200
(205) 870-3698 (FAX)
bbotes@bondnbotes.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 5, 2019 a copy of the foregoing **Notice of Appeal** was filed electronically.  Notice of this filing was sent to the following parties by operation of the Court's electronic filing system.  The parties may access this filing through the Court's system.


Chase Tristian Espy                     cespy@balch.com
Jason B Tompkins                   jtompkins@balch.com
BALCH & BINGHAM LLP
1901 Sixth Ave North
Suite 1500
Birmingham, Alabama 35201

/s/ David J. Philipps____
David J. Philipps
Philipps & Philipps, Ltd.
9760 South Robert Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com